UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAIS YAAKOV OF SPRING VALLEY, *on behalf of itself and all others similarly situated*,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUCATIONAL TESTING SERVICE,<br><br>        Defendant. | No. 13-CV-4577 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  For the reasons stated on the record at the Oral Argument on July 8, 2020, the Court denies Plaintiff's Motion to Certify Class (the "Motion").

  The Clerk of Court is directed to lift the stay on this case and terminate the instant Motion. (Dkt. No. 314). The Clerk of Court is also directed to terminate all pending Letter Motions. (*See* Dkt. Nos. 172, 256, 260, 267, 304–05.)

  As directed by the Court, the Parties are to file a letter by July 15, 2020 with a proposed schedule for next steps in the Action, including any putative motions that either Party intends to file.

SO ORDERED.

DATED: July 8, 2020
      White Plains, New York

                     KENNETH M. KARAS
                     UNITED STATES DISTRICT JUDGE