**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BAIS YAAKOV OF SPRING VALLEY, on
behalf of itself and all others similarly
situated,

                    Plaintiff,

    -against-                        13 **CIVIL** 4577 (KMK)

                                                 **JUDGMENT**

EDUCATIONAL TESTING SERVICE,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 1, 2021, Defendant's Motion is granted. Judgment is entered for $12,000 plus applicable costs for Plaintiff, and judgment is entered denying Plaintiff's request for injunctive relief, and the case is dismissed as moot pursuant to Rule 12(b)(1); accordingly, this case is closed.

**Dated:** New York, New York

        February 2, 2021

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                              **BY:**      K. Mango

                                                        **Deputy Clerk**